

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00549-CR

Monica Jamie **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 631019
Honorable Melissa Vara, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 27, 2022.

_____
Liza A. Rodriguez, Justice